

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00178-CR

ANTHONY FERNANDO STRANGE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 41833-A

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Grelyn Freeman recorded the trial court proceedings in appellate cause number 06-13-00178-CR, styled *Anthony Fernando Strange v. The State of Texas* and tried in the 188th Judicial District Court of Gregg County under trial court cause number 41833-A. The reporter's record was originally due September 4, 2013. Freeman filed three requests to extend the deadline for filing the reporter's record, all of which were granted, making December 18 the most recent due date. Freeman has now filed a fourth request seeking more time to prepare the record (estimated at 500 pages) in this appeal.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

We overrule Freeman's fourth request for an extension of time and order her to file the reporter's record in cause number 06-13-00178-CR, to be received by this Court on or before Friday, January 17, 2014.

If the record is not received by January 17, we warn Freeman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   January 7, 2014